# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-05-00788-CV

**Rosa Nichols, Appellant**

**v.**

**Texas State Auditor's Office, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY
### NO. 264,422, HONORABLE ORLINDA NARANJO, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Rosa Nichols and appellee Texas State Auditor's Office no longer wish to pursue this appeal and have filed a joint motion to dismiss this appeal. We grant the motion and dismiss the appeal. Tex. R. App. P. 42.1(a)(1).

 

Bob Pemberton, Justice

Before Justices B. A. Smith, Pemberton and Waldrop

Dismissed on Joint Motion

Filed:   August 9, 2006